Case 1:26-cv-00134   Document 6   Filed 02/19/26 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
February 19, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE MANUEL ROJAS BETANCOURT | § | |
| "Petitioner," | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 1:26-cv-00134 |
| FIELD OFFICE DIRECTOR, *Port Isabel Processing Center*, et al., | § | |
| | § | |
| "Respondents." | § | |

## ORDER

Before the Court is Petitioner's "Petition For Writ of Habeas Corpus" (Dkt. No. 1) ("Petition") and "Emergency Motion for Immediate Release from Custody and, in the alternative, for a Prompt Constitutionally Protected Adequate Bond Hearing" (Dkt. No. 2) ("Motion"). To expedite the Court's review, Respondents are **ORDERED** to submit a response to the Petition and Motion no later than 20 days after service of the Petition upon Respondents. Once Respondents are served, the Petitioner is not to be removed; his status quo is to remain "as is" pending resolution of this case.

The Clerk of the Court is **DIRECTED** to deliver copies of the Petition (Dkt. No. 1), the Motion (Dkt. No. 2), and this Order to the United States Attorney for the Southern District of Texas, Nicholas J. Ganjei, by electronic mail to USATXS.CivilNotice@usdoj.gov.

Further, the Court understands the Fifth Circuit's recent decision in *Buenrostro-Mendez v. Bondi*, --- F.4th ----, No. 25-20496, 2026 WL 323330 (5th Cir. Feb. 6, 2026) to foreclose Petitioner's statutory claim regarding the application of 8 U.S.C. § 1225(b)(2). In view of this development, it is **ORDERED** that, by March 5, 2026, Petitioner shall file a Statement showing

why *Buenrostro-Mendez* does not result in denial of his Petition. Should Petitioner fail to timely file a Statement, the Court will deny the Petition and dismiss this case.

Signed on this the 19th day of February. 2026.

_____
Rolando Olvera
United States District Judge